IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv134

| | |
|---|---|
| MICHAEL BROUSSARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| HURRICANED WOLF, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Motion to Dismiss [# 12]. Several of the Defendants move to dismiss the claims asserted against them in the Complaint. After these Defendants moved to dismiss the Complaint, Plaintiffs filed an Amended Complaint. The filing of an amended pleading supersedes the original pleading and renders it void of any legal function in the case. <u>Young v. City of Mount Ranier</u>, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 12].

Signed: August 24, 2015

_____
Dennis L. Howell
United States Magistrate Judge