THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00134-MR-DLH

| | |
|---|---|
| MICHAEL BROUSSARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HURRICANED WOLF, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the report of the parties that this matter has been completely settled. Because the parties' settlement involves certain transfers of property, the Court will allow the parties sixty (60) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within sixty (60) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Plaintiffs' Motion to Remand [Doc. 16] and the Defendants' Motion to Deny Joinder of Additional Plaintiffs and to Strike [Doc. 25] are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**         Signed: December 23, 2015

Martin Reidinger
United States District Judge